UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED CV 20-1062-CBM-(SHKx) | Date | January 7, 2022 |
| Title | Lu v. Jackson et al. | | |

Present: The Honorable **CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE**

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**     **IN CHAMBERS- ORDER RE: DEFENDANT JACKSON'S MOTION FOR SUMMARY JUDGMENT**

The matter before the Court is Defendant Jackson's Motion for Summary Judgment (Dkt. No. 47 (the "Motion")), which was noticed for hearing on January 25, 2022. Pursuant to Local Rule 7-9, the last date for Plaintiff to file a response to the Motion was January 4, 2022 based on the noticed hearing date, but no opposition or notice of non-opposition to the Motion has been filed.

Plaintiff shall file an opposition or notice of non-opposition to the Motion **no later than January 21, 2022.** Plaintiff is also **ORDERED TO SHOW CAUSE, in writing, no later than January 21, 2022**, why sanctions should not be imposed for failure to comply with Local Rule 7-9. The filing of an opposition or notice of non-opposition by January 21, 2022 shall be deemed an adequate response to this order to show cause.

Defendant Jackson's reply re the Motion shall be filed **no later than January 28, 2022.**

The hearing on the Motion is continued to **February 22, 2022 at 10:00 a.m.**

**IT IS SO ORDERED.**