ALLEN CHRISTIANSEN SBN 263651
**FERGUSON, PRAET & SHERMAN, APC**
achristiansen@law4cops.com
1631 E. 18th Street
Santa Ana, California 92705
(714) 953-5300 • Fax (714) 953-1143

CHRISTOPHER D. LOCKWOOD SBN 110853
**ARIAS & LOCKWOOD, APLC**
christopher.lockwood@ariaslockwood.com
1881 S. Business Center Drive, Suite 9a
San Bernardino, California 92408
(909) 890-0125 • Fax (909) 890-0185

Attorneys for Defendants
SAUN D. JACKSON AND JAMES HERINGTON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD LU, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>SAUN D. JACKSON; JAMES HERINGTON; and DOES 1 through 10,<br><br>    Defendants. | No. 5:20-cv-01062 CBM (SHKx)<br><br>Hon. Consuelo B. Marshall<br><br>**JOINT STIPULATION FOR ENTRY OF DEFENSE JUDGMENT; [PROPOSED] ORDER; [PROPOSED] JUDGMENT;** |

///

1

JOINT STIPULATION

**TO THE COURT AND ALL INTERESTED PARTIES:**

On August 24, 2023, counsel for Plaintiff and Defendants met and conferred regarding the memorandum and mandate from the Ninth Circuit and entry of a defense judgment.

Based upon those discussions, the parties stipulate and agree that the Ninth Circuit's memorandum dismisses all remaining claims against Defendants (See Dkt. Nos. 63, 83, 93, 94) and all other claims and parties have previously been dismissed with prejudice. (See Dkt. Nos. 19, 63 at 21:19-20, 71). The parties agree that GOOD CAUSE EXISTS for this Court to enter judgment in favor of Defendants Saun D. Jackson and James Herington.

DATED: August 30, 2023         FERGUSON, PRAET & SHERMAN, APC

/s/ Allen Christiansen[1]
Allen Christiansen
Attorneys for Defendants

DATED: August 30, 2023         LAW OFFICES OF JOSEPH N. BOLANDER

/s/
Joseph Bolander
Attorneys for Plaintiff

---

[1] I, Allen Christiansen, hereby attest that all other signatures listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.


# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I, Allen Christiansen, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action. My business address is 1631 East 18th Street, Santa Ana, California 92705-7101.

On August 30, 2023, I served the foregoing **JOINT STIPULATION FOR ENTRY OF DEFENSE JUDGMENT; [PROPOSED] ORDER; [PROPOSED] JUDGMENT;** on the interested parties in this action:

| | |
|---|---|
| Tristan G. Pelayes, Esq.<br>Tom Yu, Esq.<br>Law Offices of Pelayes & Yu, APC<br>10803 Foothill Blvd., Ste. 112<br>Rancho Cucamonga, CA 91730<br>Attorneys for Plaintiff | Joseph N. Bolander<br>Law Offices of Joseph N. Bolander<br>10803 Foothill Blvd, Suite 112<br>Rancho Cucamonga, CA 91730<br>Attorneys for Plaintiff |

____ (By Mail) I placed such envelope for deposit in accordance with office practice, sealed, with postage thereon fully paid and the correspondence to be deposited in the United States mail at Santa Ana, California on the same day. As to Joann Chavis only.

____ (By Facsimile Service) I caused such envelope/document to be delivered via facsimile to the office of the addressee.

XXX (By e-filing) The above noted individuals are registered with the Court to receive notice of electronically filed documents. Per ECF rules, hard copies must be served only on parties who are not set up for electronic notification.

XXX (Federal) I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 30, 2023, at Santa Ana, California.

                      /s/ Allen Christiansen
                      Allen Christiansen