UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD LU, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>SAUN D. JACKSON; JAMES HERINGTON; and DOES 1 through 10,<br><br>    Defendants. | No.  5:20-cv-01062 CBM (SHKx)<br><br>Hon. Consuelo B. Marshall<br><br>**JUDGMENT   [JS-6]** |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

That this entire action is dismissed with prejudice and that judgment is entered in favor of Defendants Saun D. Jackson and James Herington and against Plaintiff Edward Lu.

DATED:SEPTEMBER 5, 2023

Hon. Consuelo B. Marshall
United States District Judge